2

Law Offices of Peter G. Macaluso
Peter G. Macaluso #215730
7230 South Land Park Drive #127
Sacramento, CA 95831
916-392-6591
916-392-6590 Facsimile

Attorney for Debtor(s)
Anthony L. & Peggy J. Jones

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                    CASE NO. 18-24515-C-13C

Jones, Anthony L.                   DCN: DPC-1
 SS#xxx-xx-4551                     Date: October 2, 2018
Jones, Peggy J.                     Time: 2:00 p.m.
 SS#xxx-xx-1421                     Crtm: 33; Judge Klein

_____Debtor(s)_____/

## ORDER CONFIRMING PLAN

The Chapter 13 plan filed on __July 19, 2018__ of the above-named Debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C.§ 1325.

Therefore, **IT IS ORDERED** that plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the

RECEIVED
October 25, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006382096

employment of the Debtor; and

    3. The Debtor shall appear in court whenever notified to do so by the court.

    **IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount **$4,000.00** are approved, **$1,000.00** of which was paid prior to the filing of the petition.

    The balance of **$3,000.00** , provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

_____ 10-24-18

Approved by the Chapter 13
Trustee as to form.

DATED:                      BY THE COURT

Dated: October 31, 2018

_____
United States Bankruptcy Judge